UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JESSICA GARCIA

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:09-CR-0180  (GHL)

Lionel Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED: JANUARY 25, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total of the fine and special assessment amounts to $255.00, payable no later than August 15, 2009. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. Defendant is also ordered to attend four parenting classes and provide a certificate of completion to the Court.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

May 20, 2009
Date of Imposition of Sentence


May 22, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge